### GRIGGS et al., Appellants, v. JOHNSON, Respondent.

*(Common Pleas of New York City and County, General Term. November, 1889.)*

Appeal from special term.

Argued before LARREMORE, C. J., and VAN HOESEN, J.

*Johnston & Johnston,* for appellant. *L. L. Kellogg,* for respondent.

No opinion. Ordered that the order be reversed, and defendant required to state, in subdivision 6, whether the goods therein referred to are goods mentioned in the complaint. No costs of appeal to either party.

---

### HASWELL, Respondent, v. WOOLSEY, Appellant.

*(Common Pleas of New York City and County, General Term. November, 1889.)*

Appeal from fifth district court.

Argued before LARREMORE, C. J., and VAN HOESEN, J.

*W. P. Shaw,* for appellant. *Lawton & Neu,* for respondent.

No opinion. Judgment modified by deducting $25 from damages; the costs of district court to be for judgment for $30. No costs of appeal.

---

### HERDER, Respondent, v. MANNECK et al., Appellants.

*(Common Pleas of New York City and County, General Term. November, 1889.)*

Appeal from special term.

Argued before LARREMORE, C. J., and VAN HOESEN and BOOKSTAVER, JJ.

*H. A. Sperry,* for appellants. *Jerolman & Arrowsmith,* for respondent.

No opinion. Judgment affirmed, with costs.

---

### KASNOURTZ, Respondent, v. SCHENER, Appellant.

*(Common Pleas of New York City and County, General Term. November, 1889.)*

Appeal from city court, general term.

Argued before LARREMORE, C. J., and VAN HOESEN, J.

*L. Rirdskopf,* for appellant. *M. Goodhart,* for respondent.

No opinion. Judgment affirmed, with costs.

---

### KELLY, Respondent, v. HANDIBODE, Appellant.

*(Common Pleas of New York City and County, General Term. November, 1889.)*

Appeal from ninth district court.

Argued before LARREMORE, C. J., and VAN HOESEN, J.

*W. F. Brown,* for appellant. *Jas. A. Ross,* for respondent.

No opinion. Judgment affirmed, with costs.

---

### KNOWLES, Respondent, v. WEHRENBERG, Appellant.

*(Common Pleas of New York City and County, General Term. November, 1889.)*

Appeal from ninth district court.

Argued before LARREMORE, C. J., and VAN HOESEN, J.

*Morgan's Sons,* for appellant. *C. H. Preyer,* for respondent.

No opinion. Judgment affirmed, with costs.